**IN THE UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| NATIVIDAD GUTIERREZ, ) | 1:11-cv-584 GSA |
| Plaintiff, ) | |
| ) | ORDER DISMISSING ACTION |
| vs. ) | |
| ) | |
| HIZAM H. GASSAM and ABDULKAREM ) | |
| ABDULLAH, doing business as ) | |
| Fresno Market, ) | |
| Defendants. ) | |

Pursuant to the stipulation of dismissal filed by the parties on December 6, 2011, this action is DISMISSED with prejudice pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure.  The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

**Dated:   December 8, 2011**              /s/ **Gary S. Austin**
UNITED STATES MAGISTRATE JUDGE

1