1
2
3
4
5
6
7

**IN THE UNITED STATES DISTRICT COURT FOR THE**

8

**EASTERN DISTRICT OF CALIFORNIA**

9

10

NATIVIDAD GUTIERREZ,                    )        1:11-cv-584 GSA
                                        )
                    Plaintiff,          )
11                                      )
                                        )        ORDER DISMISSING ACTION
12                                      )
                                        )
13              vs.                     )
                                        )
14   HIZAM H. GASSAM and ABDULKAREM )
     ABDULLAH, doing business as        )
     Fresno Market,                     )
15                  Defendants.         )
                                        )
16   _____)

17

18            Pursuant to the stipulation of dismissal filed by the parties on December 6, 2011, this

19   action is DISMISSED with prejudice pursuant to Rule 41(a)(2) of the Federal Rules of Civil

     Procedure.  The Clerk of the Court is directed to close this case.
20

21            IT IS SO ORDERED.

22   **Dated:   December 8, 2011**                    _____/s/ **Gary S. Austin**_____
                                                      UNITED STATES MAGISTRATE JUDGE
23

24

25

26

27

28
                                               1